IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-171-JJF |
| ANGELA JONES, | : | |
| Defendant. | : | |

## ORDER SCHEDULING SENTENCING

**IT IS HEREBY ORDERED** this 20 day of March, 2008, that sentencing in this matter is scheduled for the 9 day of July, 2008, at 10:30 a.m./~~p.m.~~

_____
**HONORABLE JOSEPH J. FARNAN, JR.**
United States District Court