UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 07-171-JJF |
| : | |
| ANGELA JONES, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Angela Jones, by and through her undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the sentencing hearing in this case.

In support of the motion, the defendant avers as follows:

1. Ms. Jones is currently scheduled for sentencing on October 7, 2008 at 11:30 a.m.

2. Ms. Jones' attorney, Eleni Kousoulis, will be out of the office on October 6, 2008 and October 7, 2008, and therefore unavailable on the date that Ms. Jones' sentencing is currently scheduled. The defense respectfully requests that the sentencing hearing in this matter be continued.

3. Assistant United States Attorney, Shawn Weede, the attorney handling this case for the government, has no objection to the defendant's request for a continuance of the sentencing hearing in this case, making this motion unopposed.

WHEREFORE, Ms. Jones respectfully requests that the Court continue the sentencing hearing in this matter.

Respectfully submitted,

 /s/ Eleni Kousoulis
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010

Attorney for Defendant Angela Jones

DATED:  August 7, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-171-JJF |
| | : | |
| ANGELA JONES, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

In response to the Defendant's Unopposed Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Defendant Jones' sentencing hearing be re-scheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

The Honorable Joseph J. Farnan, Jr.
United States District Court